# United States District Court

_Central_ DISTRICT OF _Illinois_

Lorry Barnes
**Plaintiff**

v.

**Defendant**

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

FILED
AUG - 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NUMBER: 051229

I, LORRY BARNES, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant        [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [ ] Yes    [X] No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration _____

    Are you employed at the institution?_____ Do you receive any payment from the institution? _____

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    [X] Yes    [ ] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. 765 — Every Two Week
    EAKAS CORP
    RT 251 N Peru, IL 61354

    b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | [ ] | [X] |
    | b. | Rent payments, interest or dividends | [X] | [ ] |
    | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
    | d. | Disability or workers compensation payments | [ ] | [X] |
    | e. | Gifts or inheritances | [X] | [ ] |
    | f. | Any other sources | [ ] | [X] |

    If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

AO 240 (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

    If "Yes" state the total amount. 360 - 2500

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

    Explorer 2001 - 170 outstanding to Ford Credit

    If "Yes" describe the property and state its value. RENTAL HOUSE $50,000 400-per month   VALUE -14,000

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. ELSA WIFE -ALL

I declare under penalty of perjury that the above information is true and correct.

8-8-05                    [signature]
DATE                      SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts. expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____

_____. I further certify that during the past six months the applicant's average balance was $ _____.

_____                    _____
DATE                              SIGNATURE OF AUTHORIZED OFFICER

RECEIVED
AUG - 8 2005
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE ~~NORTHERN~~ DISTRICT OF ILLINOIS
Central

| | |
|---|---|
| (1) Lorry Barnes, an individual,           ) | |
| )| |
| Plaintiff,                                            ) | |
| )| 05-1229 |
| v.                                                         ) | |
| )| CIVIL No. 03-~~SC~~-435 |
| Trial Lawyers, Inc.                              ) | |
| an informal enterprise                       ) | |
| affecting interstate commerce,         ) | |
| )| |
| (2). Friedman & Wexler acting as a prime host    ) | |
| for Trial Lawyers, Inc.                     ) | |
| (3). Lincoln Scott, a predicate actor     ) | |
|     whose acts of fraud, mail fraud, and     ) | |
|     extortion were facilitated by                  ) | |
|     membership in Trial Lawyers, Inc.          ) | |
|     and employment in the RICO                   ) | |
|     enterprise, Friedman & Wexler               ) | |
| )| |
| Defendants.                                           ) | |

Petition, claim and complaint under authority of 18 U.S.C. § 1964(a)&(c) – racketeering a.k.a. Civil RICO and for injunctive and declaratory relief ending the trespass of collateral agents of Trial Lawyers, Inc. via actors including Lincoln Scott committing various extortionate acts interfering with interstate commerce and impacting the property and business interests of parties similarly situated to Lorry Barnes

Subject matter jurisdictional statement

FEDERAL QUESTION JURISDICTION: 28 U.S.C. § 1331: The federal district court has subject matter jurisdiction to consider this claim under authority of 18 U.S.C. § 1964(a) & (c) and by virtue of sufficient pleadings clearly articulating violations of federal criminal offenses including offenses occurring at 18 U.S.C. §§ 1961, 1962 & 1341.

Statement of *in personam* jurisdiction

Trial Lawyers, Inc., hereinafter the enterprise is an enterprise affecting interstate commerce. See report of the Manhattan Policy Institute, <u>Trial Lawyers, Inc. A Report On</u>

the Lawsuit Industry In America, 2003, www.manhattan-institute.org. This court shall determine that the enterprise, to a great extent, may have been constructed not for legitimate business purposes but operates to an extent for purposes of perpetrating frauds and swindles. Friedman & Wexler are local, in state facilitators' schemes of fraud and extortion perpetrated by Trial Lawyers, Inc. This court has *in personam* jurisdiction over predicate actors including Lincoln Scott who violated 18 U. S. C. §§ 1961, 1962 & 1341 within the geographic boundaries of the Northern Federal District of Illinois.

Statement of venue

Venue is appropriate in the Northern Federal District of Illinois as the violations of 18 U.S.C. §§ 1961, 1962 & 1341 occurred in the geographic confines of the Northern Federal District of Illinois.

Theory of the case

As articulated in great detail in the report of the Manhattan Policy Institute, Trial Lawyers, Inc. A Report On the Lawsuit Industry In America, 2003, www.manhattan-institute.org, Trial Lawyers have scammed the American People in sum in excess of three Trillion dollars, ($3,000,000,000.00+) using sham legal process accomplished by horrendously repetitive frauds designed to make money for agents and servants of Trial Lawyers, Inc. and the people, the Constitution, and Justice be damned.

Excerpts from report of the Manhattan Policy Institute, Trial Lawyers, Inc. A Report On the Lawsuit Industry In America, 2003, www.manhattan-institute.org: Unlike the major corporations in our regular market economy – it remains financially opaque (the lawsuit industry). Whereas public corporations must disclose their financials in 10-Ks according to SEC regulations, trial lawyers practice in private partnerships that, under the guise of attorney-client privilege, have shielded their financials form public scrutiny. Total tort costs today exceed $200 billion annually, or more than 2% of America's domestic product - a significantly higher percentage than in any other developed nation. Even as the economy has stagnated and the stock market has plunged, the lawsuit industry's revenues have continued to skyrocket. The public tends not to appreciate that the litigation industry is nothing but *big business*. Trial Lawyers, Inc. might well be the most profitable business in the world. The biggest difference between the lawsuit

industry and most other industries is that Trial Lawyers, Inc. is in a *noncompetitive market* and that its takings are necessarily zero-sum, since **the industry involves redistribution rather than free exchange.** (They have no investment in plant, inventory, or equipment, and very little labor cost.) The lawsuit industry is slowly creeping into almost every aspect of American life. The national economy struggled again in 2002, as the stock market declined more than 20%, retail sales weakened, and businesses put off new investments. But the lawsuit industry proved resilient, and Trial Lawyers, Inc. recorded a banner year. Free from the threat of antitrust actions, which have never been brought against the lawsuit industry, the industry is frequently organized into cartels. The lawsuit industry even has its own venture capitalists – investors who back firms filing enormous, speculative class action suits with the hope that there will be rich rewards somewhere down the road – and its own secondary financial market, where shares in future legal fees are bought and sold. The impact of predatory litigation is staggering. Asbestos litigation alone has driven 67 companies bankrupt, including many that never made or installed asbestos, costing tens of thousands of jobs and soaking up billions of dollars in potential investment capital. More and more, the industry resembles a *racket* designed to do little more than advance the incomes and interests of its members – everyone else be damned. **Trial Lawyers, Inc. is truly a lucrative – and dangerous – racket.** Once upon a time, the average person blanched at lawyer fees that reached upwards of $500 an hour at many of the best firms. But those high hourly fees are chump change compared with what Trial Lawyers, Inc. is raking in these days. From tobacco settlements to asbestos litigation to class action suits, the industry now boasts fees that can range as high as an astounding $30,000 an hour, turning some members of Trial Lawyers, Inc. into overnight billionaires and providing the capital to bankroll new lawsuit ventures into new markets. Regardless of one's view about the merits of the suits, the mega-fees from the 1998 tobacco settlement were nothing but egregious. Some 300 lawyers from 86 firms will pocket as much as $30 billion over the next 25 years! Class members in a lawsuit against Toshiba for defective laptop computer collected between $100 and $443 in cash and coupons. The take for Trial Lawyers, Inc.: $148 million. In one Texas case, Lawyers sued two auto insurers for over-billing because the insurers rounded up premium bills to the next dollar (a practice that was sanctioned by the state

3

insurance department) and pocketed almost $11 million; policyholders got a paltry $5.50 each. In November of 1999, an Illinois judge awarded a national class of plaintiffs $1.2 billion (yes billion, the big B) in a lawsuit against State Farm Insurance. State Farm had allegedly been "fraudulent" in authorizing the use of generic parts in automobile repairs, even though using generic parts was not only allowed but actually required by some states to reduce insurance costs. The local Illinois judge thus unilaterally overrode the considered policy decisions of many other states' elected officials. (How's that for violating the separation of powers?) <u>Perhaps nowhere are class action suits more pervasive – or more pernicious – than the securities industry.</u> **<u>These actions merely redistribute wealth from one class of shareholders to another.</u>** As former secretary of labor Robert Reich has noted, "The era of big government may be over, but the era of regulation through litigation has just begun."

A highly prolific racket run by Trial Lawyers, Inc., is the ***debt buying racket***. How the debt buying racket works: Members of Trial Lawyers, Inc., such as are Friedman & Wexler and Lincoln Scott are engaged in the business of buying consumer debt charge-offs. Debt buyers can go to a back room of the Chicago Board of Trade, where worthless bundles of copies of commercial paper are sold at auction. Debt buyers can also rely on resources such as Collins Financial Services, Inc., a.k.a. sales@cfsi.net, Money World Network, foreclosurestore.com, charged-offclearringhouse.com, and loans@money-finance.us, and CollectionIndustry.com. In the state of Illinois, the business of debt buying is a particularly vibrant racket as Trial Lawyers, Inc. has established a "Illinois Creditors Bar Association" located at http://www.ilcba.org/ especially informative in informing parties such as Lincoln Scott in how to cheat the unaware American people by: (1). Buying consumer loan charge-offs. ***Installment sales contracts are not negotiable instruments and therefore, not being amenable to holder-in-due-course theories of law, cannot be sold for value. Selling or transferring for value of installments contracts such as are credit card member agreements extinguishes the debt.*** (2). Debt buyers bully, harass, threaten and intimidate consumers who no longer owe the credit card debt to exact payments from parties similarly situated to Lorry Barnes. (3). When debt buyers such as Friedman & Wexler are unsuccessful in extorting money and property from parties such as Lorry Barnes, the debt buyers

4

prosecute sham legal process by filing frivolous lawsuits against parities similarly situated to Lorry Barnes. (4). In the sham legal process, the real party in interest is not named as the Bank previously holding the commercial papers has sold the commercial paper for six cents on the dollar to a debt buyer posing as a third party debt collector. The real party in interest, the debt buyer, holders only a copy of evidence of debt which is worthless for reasons articulated *supra*. State court judges are necessary and useful to the debt buyer racket. Judges pass out default judgments *like candy* where the judges are charged with the knowledge that the named plaintiff in the sham lawsuits lack standing to sue and offer no proof of claim of damages and the state judges "hammer" the pro se defendants by compelling, sometimes with threat of imprisonment, the pro se defendant to pay the debt buyers large sums which the state court judges know and understand are not legally owed and even if owed would be owed to the bank holding the dishonored commercial paper and not the debt buyer.

It is time for this major racket affecting all of America to end.

### Predicate acts of fraud and extortion detailing who did what, how they did it, what laws were violated, who the victim is, and details of the damages

July 28, 2005, Friedman & Wexler operating from 500 W. Madison St. Suite #2910, Chicago, IL 60661-2587 prepared and submitted false documents in violation of 18 U.S.C. § 1961, and O.S. 21, § 453 and then uttered the false documents through the United States Mail service in violation of 18 U.S.C. § 1341. The intent and result of Lincoln Scott's chicanery was to invite others, including, Lorry Barnes to rely on the false documents to the detriment parties collectively losing untold millions of dollars to Trial Lawyers, Inc.

### Affidavit

I, Lorry Barnes, of age and competent to testify, state as follows based on my own personal knowledge:

5

1. I was contacted by Friedman & Wexler on March 20, 2005. Friedman & Wexler had the intention of collecting an unlawful debt via the United States Mail Service.

2. I was contacted by Lincoln Scoot on October 9, 2003. Lincoln Scott had the intention of collecting an unlawful debt via the United States Mail Service.

3. Because of ongoing fraudulent interference with my business enterprises and taking money from me under false pretences, Friedman & Wexler and Lincoln Scott have damaged my property and business interests.

_____
Lorry Barnes

STATE OF _Illinois_         INDIVIDUAL ACKNOWLEDGMENT
COUNTY OF _LaSalle_

Before me, the undersigned, a Notary Public in and for said County and State on this _4th_ day of _August_, 200_5_, personally appeared _Lorry Barnes_ to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act.

Given under my hand and seal the day and year last above written.

My commission expires _3/28/_

OFFICIAL SEAL
JEFFREY D. ELLIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES MAR. 28, 2008

_____ Notary Public

Remedy sought and prayer for relief

The Federal District Court has a duty to order the dissolution of Friedman & Wexler and Lincoln Scott under authority of 18 USC § 1964(a). The Federal District Court is empowered to order treble damages as remedial to the racketeering activities of "RICO" enterprises and their constituent members under authority of 18 USC § 1964(a)&(c). A jury's determination that Friedman & Wexler as prime hosts for Trial Lawyers, Inc. by and through Lincoln Scott have engaged in a pattern of frauds rising to a level of racketeering requires this court's order to Friedman & Wexler to dissolve and cease operations. A jury's determination that Friedman & Wexler by and through Lincoln Scott committed or aided and abetted two or more predicate acts of fraud resulting in defrauding Lorry Barnes and others similarly situated of property and business interests justly requires ordering Friedman & Wexler and Lincoln Scott to compensate all parties

6

in a sum not less than three times the collective sums of property and losses to businesses.

TRIAL BY JURY DEMANDED

Prepared and submitted by: _____*Lorry Barnes*_____
                                 Lorry Barnes

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

RECEIVED AUG - 8 2005 CLERK'S OFFICE PEORIA, ILLINOIS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Friedman + Wexler SW

**DEFENDANTS** Larry Barnes ___ ST Dalzell, IL 61320

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Dalzell, IL 61320
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
500 W Madison St
Chicago, IL 60661-2587

Attorneys (If Known)
05 1229

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 1964(a) + (c)
Brief description of cause: Racketeering

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 3,027.07
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE 03-SC-435 NDIL
DOCKET NUMBER 05-1199 CDIL

DATE 8-8-05
SIGNATURE OF ATTORNEY OF RECORD  /s/ Larry Barn__

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____