E-FILED
Monday, 22 August, 2005  08:38:57 AM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LORRY BARNES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-1229 |
| TRIAL LAWYERS INC., ET AL, | ) |
| Defendants. | ) |

### **O R D E R**

Before the Court is Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit [Doc. # 1]. Plaintiff indicates that he earns $765 every two weeks from his employment. He also owns rental property valued at $50,000 for which he receives $400 per month and he has between $350-$2500 in savings or checking accounts. Accordingly, the Court finds that Plaintiff is not indigent and is able to pay the $250 filing fee.

IT IS THEREFORE ORDERED that Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit [Doc. # 1] is DENIED. Plaintiff has until September 7, 2005 to pay the required fee or this case will be dismissed.

Entered this  19th  day of August, 2005.

                              s/ Joe B. McDade
                              JOE BILLY McDADE
                        United States District Judge