## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LORRY BARNES, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>TRIAL LAWYERS INC., ET AL, )<br>)<br>    Defendants. ) | Case No. 05-1229 |

### O R D E R

Before the Court is Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit [Doc. # 1]. Plaintiff indicates that he earns $765 every two weeks from his employment. He also owns rental property valued at $50,000 for which he receives $400 per month and he has between $350-$2500 in savings or checking accounts. Accordingly, the Court finds that Plaintiff is not indigent and is able to pay the $250 filing fee.

IT IS THEREFORE ORDERED that Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit [Doc. # 1] is DENIED. Plaintiff has until September 7, 2005 to pay the required fee or this case will be dismissed.

Entered this   19th   day of August, 2005.

              s/ Joe B. McDade
            JOE BILLY McDADE
        United States District Judge