**E-FILED**
Tuesday, 20 December, 2005  12:28:02 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LORRY BARNES, ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-1229 |
| ) | |
| TRIAL LAWYERS, INC. et al. ) | |
| ) | |
|       Defendants. ) | |

## **O R D E R**

Plaintiff is advised that, to date, the Court has not received the required filing fee. Therefore, Plaintiff is granted fourteen (14) days to pay the required filing fee. If the filing fee is not received prior to this date, Plaintiff's case will be dismissed for failure to prosecute. Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this dismissal will constitute an adjudication on the merits.

ENTERED this 19th day of December, 2005.

                                  s/Michael M. Mihm
                                  Michael M. Mihm
                                  United States District Judge